# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Smith, Milan D**

Report Year: 2019

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/ Smith, Milan D [electronically signed on 05/07/2020 by Smith, Milan D in JEFS]**

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Ninth Judicial Circuit Historical Society | Non-Profit | Director |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | Self Employed Attorney | |
| 2 | Gogian Foundation-Trustee | |

# IV. Reimbursements

None

# V. Gifts

None

## VI. Liabilities

None

## VII. Investments and Trusts

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | Intuitive Surgical Inc. | None | None | $15,001 - $50,000 | Cash Market | | | |
| 2 | American Tower Corp CL A | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.1 | American Tower Corp CL A | | | | | Sold | 01/24/2019 | $15,000 or less |
| 2.2 | American Tower Corp CL A | | | | | Sold | 07/01/2019 | $15,000 or less |
| 2.3 | American Tower Corp CL A | | | | | Sold | 08/30/2019 | $15,000 or less |
| 3 | Pepsico Incorporated | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 4 | Canadian Natl Ry Co. | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 5 | Quanta SVCS Inc | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 6 | Oneok Inc New | $2,501 - $5,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 7 | Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8 | MFA Mortgage Investments Inc. (MFA Financial Inc) | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 9 | Putnam Managed Municipal Income Trust-SBI | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 10 | Putnam Municipal Opportunities Trust-SBI | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 10.1 | Putnam Municipal Opportunities Trust-SBI | | | | | Sold | 07/02/2019 | $15,000 or less |
| 11 | Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | $2,501 - $5,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 11.1 | Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | | | | Purchased | 04/26/2019 | $15,000 or less |
| 11.2 | Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 11.3 | Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | | | | Sold | 03/26/2019 | $15,001 - $50,000 |
| 12 | Ameren Corp | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 12.1 | Ameren Corp | | | | | Sold | 01/24/2019 | $15,000 or less |
| 12.2 | Ameren Corp | | | | | Sold | 09/18/2019 | $15,000 or less |
| 13 | Abbott Laboratories | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 13.1 | Abbott Laboratories | | | | | Sold | 01/25/2019 | $15,000 or less |
| 14 | Enterprise Products Partners LP | $1,001 - $2,500 | Distribution | $15,001 - $50,000 | Cash Market | | | |
| 15 | Gabelli Dividend & Income Fund | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 15.1 | Gabelli Dividend & Income Fund | | | | | Purchased | 09/27/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 15.2 | Gabelli Dividend & Income Fund | | | | | Purchased | 11/25/2019 | $15,000 or less |
| 15.3 | Gabelli Dividend & Income Fund | | | | | Purchased | 11/27/2019 | $15,000 or less |
| 15.4 | Gabelli Dividend & Income Fund | | | | | Sold | 11/14/2019 | $15,000 or less |
| 16 | Eli Lilly & Co | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 16.1 | Eli Lilly & Co | | | | | Purchased | 01/10/2019 | $15,000 or less |
| 16.2 | Eli Lilly & Co | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 16.3 | Eli Lilly & Co | | | | | Sold | 02/15/2019 | $15,000 or less |
| 17 | Tekla Healthcare Invs Sh Ben Int (FKA H & Q Healthcare Investors SBI) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 17.1 | Tekla Healthcare Invs Sh Ben Int (FKA H & Q Healthcare Investors SBI) | | | | | Purchased | 07/02/2019 | $15,000 or less |
| 17.2 | Tekla Healthcare Invs Sh Ben Int (FKA H & Q Healthcare Investors SBI) | | | | | Purchased | 12/31/2019 | $15,000 or less |
| 18 | Ishares TR S&P Short Term Natl Amtfr | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 19 | Textron Inc | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 19.1 | Textron Inc | | | | | Purchased | 01/23/2019 | $15,000 or less |
| 20 | Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 20.1 | Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | | | | | Purchased | 09/18/2019 | $15,001 - $50,000 |
| 20.2 | Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | | | | | Purchased | 11/19/2019 | $15,001 - $50,000 |
| 21 | BlackRock Credit Allocation | $5,001 - $15,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 21.1 | BlackRock Credit Allocation | | | | | Purchased | 06/27/2019 | $15,000 or less |
| 21.2 | BlackRock Credit Allocation | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 22 | Ishares Trust S&P Global Info Technology Sector Index Fund | $1,001 - $2,500 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 22.1 | Ishares Trust S&P Global Info Technology Sector Index Fund | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 22.2 | Ishares Trust S&P Global Info Technology Sector Index Fund | | | | | Sold | 09/18/2019 | $15,000 or less |
| 22.3 | Ishares Trust S&P Global Info Technology Sector Index Fund | | | | | Sold | 11/01/2019 | $15,000 or less |
| 22.4 | Ishares Trust S&P Global Info Technology Sector Index Fund | | | | | Sold | 11/27/2019 | $15,000 or less |
| 23 | Corning Inc | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 23.1 | Corning Inc | | | | | Purchased | 11/01/2019 | $15,000 or less |
| 24 | Koninklijke Philips Electrs N V Sponsored ADR New 2000 | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 24.1 | Koninklijke Philips Electrs N V Sponsored ADR New 2000 | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 25 | Columbia Fds Ser TR IX Tax Exempt FD CL A | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 26 | Gabelli Healthcare & Wellness Trust | $2,501 - $5,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 27 | BlackRock Equity Dividend Trust | $5,001 - $15,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 27.1 | BlackRock Equity Dividend Trust | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 27.2 | BlackRock Equity Dividend Trust | | | | | Sold | 12/16/2019 | $15,000 or less |
| 28 | Centerpoint Energy Inc. | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 28.1 | Centerpoint Energy Inc. | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 28.2 | Centerpoint Energy Inc. | | | | | Purchased | 11/01/2019 | $15,000 or less |
| 29 | American Electric Power Co Inc | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 29.1 | American Electric Power Co Inc | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 30 | Pimco ETF TR Enhanced Short Maturity | $5,001 - $15,000 | Dividend | $250,001 - $500,000 | Cash Market | | | |
| 30.1 | Pimco ETF TR Enhanced Short Maturity | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 30.2 | Pimco ETF TR Enhanced Short Maturity | | | | | Sold | 02/15/2019 | $15,000 or less |
| 30.3 | Pimco ETF TR Enhanced Short Maturity | | | | | Sold | 12/09/2019 | $50,001 - $100,000 |
| 31 | Southern Co | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 31.1 | Southern Co | | | | | Sold | 06/24/2019 | $15,000 or less |
| 31.2 | Southern Co | | | | | Sold | 08/22/2019 | $15,000 or less |
| 32 | Ishares TR Dow Jones SEL Divid Index FD | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 33 | FirstEnergy Corp | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 34 | Sempra Energy | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 34.1 | Sempra Energy | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 35 | Anworth Mortgage Asset Corp | $2,501 - $5,000 | Dividend | None | Cash Market | | | |
| 35.1 | Anworth Mortgage Asset Corp | | | | | Purchased | 03/28/2019 | $15,000 or less |
| 35.2 | Anworth Mortgage Asset Corp | | | | | Sold | 06/24/2019 | $15,000 or less |
| 35.3 | Anworth Mortgage Asset Corp | | | | | Sold | 06/27/2019 | $15,000 or less |
| 35.4 | Anworth Mortgage Asset Corp | | | | | Sold | 06/28/2019 | $15,001 - $50,000 |
| 35.5 | Anworth Mortgage Asset Corp | | | | | Sold | 07/01/2019 | $15,001 - $50,000 |
| 36 | Eaton Vance Risk Managed Global Diversified Equity Income | $1,000 or less | Dividend | None | Cash Market | | | |
| 36.1 | Eaton Vance Risk Managed Global Diversified Equity Income | | | | | Sold | 05/31/2019 | $15,000 or less |
| 36.2 | Eaton Vance Risk Managed Global Diversified Equity Income | | | | | Sold | 07/02/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 37 | Abbvie Inc. | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 37.1 | Abbvie Inc. | | | | | Purchased | 05/15/2019 | $15,000 or less |
| 38 | Merck & Co. Inc. | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 38.1 | Merck & Co. Inc. | | | | | Sold | 03/26/2019 | $15,000 or less |
| 38.2 | Merck & Co. Inc. | | | | | Sold | 10/31/2019 | $15,000 or less |
| 39 | Air Lease Corporation | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 40 | Eaton Vance California Municipal Bond Fund | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 41 | Conagra Foods Inc. | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 41.1 | Conagra Foods Inc. | | | | | Purchased | 07/01/2019 | $15,000 or less |
| 41.2 | Conagra Foods Inc. | | | | | Purchased | 08/30/2019 | $15,000 or less |
| 41.3 | Conagra Foods Inc. | | | | | Sold | 01/10/2019 | $15,000 or less |
| 42 | Neuberger Berman Real Estate Securities Income Fund | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| 42.1 | Neuberger Berman Real Estate Securities Income Fund | | | | | Sold | 12/13/2019 | $15,000 or less |
| 43 | Ishares 3 to 7 Year Treasury Bond ETF | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 43.1 | Ishares 3 to 7 Year Treasury Bond ETF | | | | | Purchased | 09/27/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 44 | Ishares US ETF Tr Short Term Maturity Bond ETF | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 44.1 | Ishares US ETF Tr Short Term Maturity Bond ETF | | | | | Sold | 06/21/2019 | $50,001 - $100,000 |
| 44.2 | Ishares US ETF Tr Short Term Maturity Bond ETF | | | | | Sold | 07/02/2019 | $15,000 or less |
| 44.3 | Ishares US ETF Tr Short Term Maturity Bond ETF | | | | | Sold | 12/09/2019 | $50,001 - $100,000 |
| 45 | One Gas Inc. | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 46 | Ishares Tr 0-5 Yr Invt Grade Corp Bd ETF | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 47 | Ishares Gold Trust | None | None | $15,001 - $50,000 | Cash Market | | | |
| 48 | Sprott Physical Gold and Silver Trust | None | None | $50,001 - $100,000 | Cash Market | | | |
| 48.1 | Sprott Physical Gold and Silver Trust | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 48.2 | Sprott Physical Gold and Silver Trust | | | | | Sold | 12/05/2019 | $15,000 or less |
| 49 | Pimco Intermediate Municipal Bond Active Exchange Traded Fund | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 49.1 | Pimco Intermediate Municipal Bond Active Exchange Traded Fund | | | | | Purchased | 05/21/2019 | $15,000 or less |
| 50 | Pattern Energy Group Inc Class A | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 50.1 | Pattern Energy Group Inc Class A | | | | | Sold | 09/19/2019 | $15,000 or less |
| 50.2 | Pattern Energy Group Inc Class A | | | | | Sold | 12/05/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 51 | Centurylink Inc | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 51.1 | Centurylink Inc | | | | | Purchased | 02/15/2019 | $15,000 or less |
| 51.2 | Centurylink Inc | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 51.3 | Centurylink Inc | | | | | Purchased | 11/01/2019 | $15,000 or less |
| 51.4 | Centurylink Inc | | | | | Sold | 01/24/2019 | $15,000 or less |
| 52 | Bank of Nova Scotia | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 52.1 | Bank of Nova Scotia | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 53 | Eaton Corporation | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 53.1 | Eaton Corporation | | | | | Sold | 01/28/2019 | $15,000 or less |
| 54 | Transamerica Advisors: Whole Life Insurance Policy | | None | $15,001 - $50,000 | Cash Market | | | |
| 55 | Aurora National Life Assurance: Whole  Life Insurance Policy | | None | $15,001 - $50,000 | Cash Market | | | |
| 56 | Metlife: Whole Life Insurance Policy | $1,000 or less | Int./Div. | $1 - $15,000 | Cash Market | | | |
| 57 | Lamb Weston Holdings Inc Common Stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 58 | Vaneck Vectors ETF TR Gold Miners ETF | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 58.1 | Vaneck Vectors ETF TR Gold Miners ETF | | | | | Purchased | 07/02/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 58.2 | Vaneck Vectors ETF TR Gold Miners ETF | | | | | Purchased | 10/02/2019 | $15,000 or less |
| 58.3 | Vaneck Vectors ETF TR Gold Miners ETF | | | | | Purchased | 12/13/2019 | $15,000 or less |
| 58.4 | Vaneck Vectors ETF TR Gold Miners ETF | | | | | Sold | 08/30/2019 | $15,000 or less |
| 58.5 | Vaneck Vectors ETF TR Gold Miners ETF | | | | | Sold | 01/14/2019 | $15,000 or less |
| 59 | Alps ETF TR Sprott Gold Miners ETF | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 59.1 | Alps ETF TR Sprott Gold Miners ETF | | | | | Purchased | 07/02/2019 | $15,000 or less |
| 60 | SPDR Ser TR S&P Biotech ETF | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 60.1 | SPDR Ser TR S&P Biotech ETF | | | | | Purchased | 03/28/2019 | $15,000 or less |
| 60.2 | SPDR Ser TR S&P Biotech ETF | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 61 | Franco-Nevada Corporation | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 61.1 | Franco-Nevada Corporation | | | | | Purchased | 01/24/2019 | $15,000 or less |
| 61.2 | Franco-Nevada Corporation | | | | | Purchased | 07/02/2019 | $15,000 or less |
| 61.3 | Franco-Nevada Corporation | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 61.4 | Franco-Nevada Corporation | | | | | Sold | 11/01/2019 | $15,000 or less |
| 62 | Pimco Stocksplus Short Fund Class | $1,000 or less | Dividend | None | Cash Market | | | |
| 62.1 | Pimco Stocksplus Short Fund Class | | | | | Sold | 03/26/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 62.2 | Pimco Stocksplus Short Fund Class | | | | | Sold | 05/21/2019 | $15,001 - $50,000 |
| 62.3 | Pimco Stocksplus Short Fund Class | | | | | Sold | 12/05/2019 | $15,000 or less |
| 62.4 | Pimco Stocksplus Short Fund Class | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 63 | Vanguard FTSE Developed Markets ETF | $1,001 - $2,500 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 63.1 | Vanguard FTSE Developed Markets ETF | | | | | Purchased | 10/01/2019 | $15,000 or less |
| 63.2 | Vanguard FTSE Developed Markets ETF | | | | | Purchased | 10/28/2019 | $15,000 or less |
| 63.3 | Vanguard FTSE Developed Markets ETF | | | | | Purchased | 10/30/2019 | $15,000 or less |
| 63.4 | Vanguard FTSE Developed Markets ETF | | | | | Purchased | 11/26/2019 | $15,001 - $50,000 |
| 64 | Schwab Target 2030 Fund | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 65 | Schwab CA Tax Free Bond | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 65.1 | Schwab CA Tax Free Bond | | | | | Sold | 09/12/2019 | $15,001 - $50,000 |
| 66 | Albemarle Corporation | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 66.1 | Albemarle Corporation | | | | | Purchased | 02/21/2019 | $15,000 or less |
| 66.2 | Albemarle Corporation | | | | | Sold | 01/24/2019 | $15,000 or less |
| 67 | Cryoport Inc Com | None | None | $15,001 - $50,000 | Cash Market | | | |
| 67.1 | Cryoport Inc Com | | | | | Purchased | 09/27/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 67.2 | Cryoport Inc Com | | | | | Purchased | 12/13/2019 | $15,000 or less |
| 67.3 | Cryoport Inc Com | | | | | Purchased | 12/16/2019 | $15,000 or less |
| 67.4 | Cryoport Inc Com | | | | | Purchased | 12/27/2019 | $15,000 or less |
| 67.5 | Cryoport Inc Com | | | | | Sold | 05/15/2019 | $15,000 or less |
| 67.6 | Cryoport Inc Com | | | | | Sold | 07/26/2019 | $15,000 or less |
| 67.7 | Cryoport Inc Com | | | | | Sold | 07/29/2019 | $15,000 or less |
| 67.8 | Cryoport Inc Com | | | | | Sold | 08/09/2019 | $15,000 or less |
| 67.9 | Cryoport Inc Com | | | | | Sold | 08/22/2019 | $15,000 or less |
| 67.10 | Cryoport Inc Com | | | | | Sold | 08/27/2019 | $15,000 or less |
| 67.11 | Cryoport Inc Com | | | | | Sold | 08/28/2019 | $15,000 or less |
| 68 | International Business Machines Corp | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 68.1 | International Business Machines Corp | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 69 | Kroger Co | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 69.1 | Kroger Co | | | | | Purchased | 03/26/2019 | $15,000 or less |
| 69.2 | Kroger Co | | | | | Purchased | 11/27/2019 | $15,000 or less |
| 69.3 | Kroger Co | | | | | Sold | 10/08/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 70 | Warrior Met Coal Inc Common Stock | $5,001 - $15,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 70.1 | Warrior Met Coal Inc Common Stock | | | | | Purchased | 08/09/2019 | $15,000 or less |
| 70.2 | Warrior Met Coal Inc Common Stock | | | | | Purchased | 08/30/2019 | $15,000 or less |
| 70.3 | Warrior Met Coal Inc Common Stock | | | | | Sold | 11/01/2019 | $15,000 or less |
| 71 | Vaneck Vectors ETF TR Amt Free Intermediate Muni Index ETF | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 71.1 | Vaneck Vectors ETF TR Amt Free Intermediate Muni Index ETF | | | | | Sold | 05/16/2019 | $15,000 or less |
| 72 | Thornburg California Limited Term Municipal Fund CL I | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 73 | RBC Insured Deposits | $1,000 or less | Int./Div., Interest | $15,001 - $50,000 | Cash Market | | | |
| 74 | B&G Foods Inc | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 74.1 | B&G Foods Inc | | | | | Sold | 08/21/2019 | $15,000 or less |
| 74.2 | B&G Foods Inc | | | | | Sold | 08/27/2019 | $15,000 or less |
| 75 | Uniti Group Inc | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 75.1 | Uniti Group Inc | | | | | Sold | 08/30/2019 | $15,000 or less |
| 76 | Vanguard GNMA | $5,001 - $15,000 | Dividend | $250,001 - $500,000 | Cash Market | | | |
| 76.1 | Vanguard GNMA | | | | | Purchased | 01/03/2019 | $50,001 - $100,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 76.2 | Vanguard GNMA | | | | | Purchased | 01/10/2019 | $50,001 - $100,000 |
| 76.3 | Vanguard GNMA | | | | | Purchased | 05/20/2019 | $15,001 - $50,000 |
| 76.4 | Vanguard GNMA | | | | | Purchased | 06/21/2019 | $15,001 - $50,000 |
| 76.5 | Vanguard GNMA | | | | | Purchased | 06/24/2019 | $15,001 - $50,000 |
| 76.6 | Vanguard GNMA | | | | | Purchased | 07/26/2019 | $15,000 or less |
| 76.7 | Vanguard GNMA | | | | | Purchased | 08/21/2019 | $15,000 or less |
| 76.8 | Vanguard GNMA | | | | | Purchased | 10/11/2019 | $15,000 or less |
| 76.9 | Vanguard GNMA | | | | | Purchased | 10/31/2019 | $15,000 or less |
| 76.10 | Vanguard GNMA | | | | | Purchased | 11/01/2019 | $15,000 or less |
| 76.11 | Vanguard GNMA | | | | | Purchased | 11/26/2019 | $15,000 or less |
| 76.12 | Vanguard GNMA | | | | | Purchased | 11/20/2019 | $50,001 - $100,000 |
| 76.13 | Vanguard GNMA | | | | | Purchased | 12/13/2019 | $15,001 - $50,000 |
| 76.14 | Vanguard GNMA | | | | | Sold | 03/26/2019 | $15,000 or less |
| 76.15 | Vanguard GNMA | | | | | Sold | 06/16/2019 | $15,000 or less |
| 76.16 | Vanguard GNMA | | | | | Sold | 08/09/2019 | $15,000 or less |
| 76.17 | Vanguard GNMA | | | | | Sold | 10/21/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 76.18 | Vanguard GNMA | | | | | Sold | 11/25/2019 | $15,001 - $50,000 |
| 76.19 | Vanguard GNMA | | | | | Sold | 11/27/2019 | $15,001 - $50,000 |
| 76.20 | Vanguard GNMA | | | | | Sold | 12/09/2019 | $15,000 or less |
| 77 | General Mills Inc | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 77.1 | General Mills Inc | | | | | Sold | 05/16/2019 | $15,000 or less |
| 78 | Molson Coors Brewing Co B | $1,000 or less | Dividend | None | Cash Market | | | |
| 78.1 | Molson Coors Brewing Co B | | | | | Sold | 11/25/2019 | $15,000 or less |
| 79 | Ventas Inc | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 80 | Kraft Heinz Co. | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 80.1 | Kraft Heinz Co. | | | | | Purchased | 01/25/2019 | $15,001 - $50,000 |
| 80.2 | Kraft Heinz Co. | | | | | Purchased | 03/26/2019 | $15,000 or less |
| 80.3 | Kraft Heinz Co. | | | | | Purchased | 03/28/2019 | $15,000 or less |
| 80.4 | Kraft Heinz Co. | | | | | Purchased | 05/15/2019 | $15,000 or less |
| 80.5 | Kraft Heinz Co. | | | | | Purchased | 06/28/2019 | $15,000 or less |
| 80.6 | Kraft Heinz Co. | | | | | Sold | 01/28/2019 | $15,000 or less |
| 80.7 | Kraft Heinz Co. | | | | | Sold | 06/28/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 80.8 | Kraft Heinz Co. | | | | | Sold | 08/27/2019 | $15,000 or less |
| 80.9 | Kraft Heinz Co. | | | | | Sold | 10/08/2019 | $15,000 or less |
| 81 | Salient Midstream & MLP Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 81.1 | Salient Midstream & MLP Fund | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 82 | GlaxoSmithKline PLC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 82.1 | GlaxoSmithKline PLC | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 83 | iShares Intermediate-Term Corporate Bond ETF | $5,001 - $15,000 | Dividend | $250,001 - $500,000 | Cash Market | | | |
| 83.1 | iShares Intermediate-Term Corporate Bond ETF | | | | | Purchased | 04/26/2019 | $15,000 or less |
| 83.2 | iShares Intermediate-Term Corporate Bond ETF | | | | | Purchased | 06/24/2019 | $15,000 or less |
| 83.3 | iShares Intermediate-Term Corporate Bond ETF | | | | | Purchased | 06/28/2019 | $15,000 or less |
| 83.4 | iShares Intermediate-Term Corporate Bond ETF | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 83.5 | iShares Intermediate-Term Corporate Bond ETF | | | | | Sold | 08/30/2019 | $15,000 or less |
| 83.6 | iShares Intermediate-Term Corporate Bond ETF | | | | | Sold | 12/09/2019 | $15,000 or less |
| 84 | iShares Short-Term Corporate Bond ETF | $5,001 - $15,000 | Dividend | $250,001 - $500,000 | Cash Market | | | |
| 84.1 | iShares Short-Term Corporate Bond ETF | | | | | Purchased | 04/26/2019 | $15,000 or less |
| 84.2 | iShares Short-Term Corporate Bond ETF | | | | | Purchased | 06/24/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 84.3 | iShares Short-Term Corporate Bond ETF | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 84.4 | iShares Short-Term Corporate Bond ETF | | | | | Purchased | 11/25/2019 | $15,000 or less |
| 84.5 | iShares Short-Term Corporate Bond ETF | | | | | Purchased | 12/13/2019 | $15,001 - $50,000 |
| 84.6 | iShares Short-Term Corporate Bond ETF | | | | | Sold | 12/09/2019 | $15,000 or less |
| 85 | SPDR Portfolio Short Term Treasury ETF | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 85.1 | SPDR Portfolio Short Term Treasury ETF | | | | | Purchased | 03/06/2019 | $15,000 or less |
| 85.2 | SPDR Portfolio Short Term Treasury ETF | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 85.3 | SPDR Portfolio Short Term Treasury ETF | | | | | Purchased | 10/02/2019 | $15,000 or less |
| 85.4 | SPDR Portfolio Short Term Treasury ETF | | | | | Purchased | 10/21/2019 | $15,001 - $50,000 |
| 86 | QTS Realty Trust, Inc. | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 86.1 | QTS Realty Trust, Inc. | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 86.2 | QTS Realty Trust, Inc. | | | | | Sold | 03/26/2019 | $15,000 or less |
| 87 | Energy Transfer LP | $2,501 - $5,000 | Distribution | $15,001 - $50,000 | Cash Market | | | |
| 87.1 | Energy Transfer LP | | | | | Purchased | 09/24/2019 | $15,000 or less |
| 87.2 | Energy Transfer LP | | | | | Sold | 01/10/2019 | $15,000 or less |
| 87.3 | Energy Transfer LP | | | | | Sold | 12/13/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 88 | Gilead Sciences, Inc. | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 89 | Global X MLP ETF | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 90 | Verizon Communications Inc | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 91 | Royal Gold, Inc. | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 91.1 | Royal Gold, Inc. | | | | | Purchased | 01/25/2019 | $15,000 or less |
| 91.2 | Royal Gold, Inc. | | | | | Purchased | 07/02/2019 | $15,000 or less |
| 91.3 | Royal Gold, Inc. | | | | | Sold | 08/09/2019 | $15,000 or less |
| 92 | iShares Broad USD Investment Grade Corporate Bond ETF | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 93 | American Century California Intermediate-Term Tax-Free Bond Fund Investor Class | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 93.1 | American Century California Intermediate-Term Tax-Free Bond Fund Investor Class | See Note | | | | Sold | 07/24/2019 | $100,001 - $250,000 |
| 94 | Grizzly Short Fund | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 94.1 | Grizzly Short Fund | | | | | Purchased | 05/21/2019 | $15,001 - $50,000 |
| 94.2 | Grizzly Short Fund | | | | | Purchased | 11/01/2019 | $15,000 or less |
| 94.3 | Grizzly Short Fund | | | | | Purchased | 09/18/2019 | $15,001 - $50,000 |
| 94.4 | Grizzly Short Fund | | | | | Purchased | 12/06/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 94.5 | Grizzly Short Fund | | | | | Purchased | 12/31/2019 | $15,001 - $50,000 |
| 94.6 | Grizzly Short Fund | | | | | Sold | 11/25/2019 | $15,001 - $50,000 |
| 95 | United States Treasury Bill | $2,501 - $5,000 | Interest | None | Cash Market | | | |
| 95.1 | United States Treasury Bill | | | | | Sold | 02/28/2019 | $250,001 - $500,000 |
| 96 | United States Treasury Bill | $2,501 - $5,000 | Interest | None | Cash Market | | | |
| 96.1 | United States Treasury Bill | | | | | Sold | 05/23/2019 | $100,001 - $250,000 |
| 97 | United States Treasury Bill | $5,001 - $15,000 | Interest | None | Cash Market | | | |
| 97.1 | United States Treasury Bill | | | | | Sold | 08/15/2019 | $250,001 - $500,000 |
| 98 | United States Treasury Bill | $2,501 - $5,000 | Interest | None | Cash Market | | | |
| 98.1 | United States Treasury Bill | | | | | Sold | 10/10/2019 | $100,001 - $250,000 |
| 99 | United States Treasury Bill | $1,000 or less | Interest | None | Cash Market | | | |
| 99.1 | United States Treasury Bill | | | | | Sold | 03/28/2019 | $15,001 - $50,000 |
| 100 | United States Treasury Bill | $1,000 or less | Interest | None | Cash Market | | | |
| 100.1 | United States Treasury Bill | | | | | Sold | 03/28/2019 | $15,001 - $50,000 |
| 101 | United States Treasury Sec Strips | None | None | None | Cash Market | | | |
| 101.1 | United States Treasury Sec Strips | | | | | Sold | 08/15/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 102 | United States Treasury Note Strpped Principal Payment | None | None | None | Cash Market | | | |
| 102.1 | United States Treasury Note Strpped Principal Payment | | | | | Sold | 11/15/2019 | $15,001 - $50,000 |
| 103 | Strips Tint Due 02/15/2020 | None | None | $15,001 - $50,000 | Cash Market | | | |
| 104 | Strips Tint Due 08/15/2020 | None | None | $15,001 - $50,000 | Cash Market | | | |
| 105 | United States Treasury Stripped Int Pmt Generic Tint Pmt | None | None | $15,001 - $50,000 | Cash Market | | | |
| 106 | Strips Tint Due 02/15/2021 | None | None | $15,001 - $50,000 | Cash Market | | | |
| 107 | Intel Corporation - Common Stock | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 107.1 | Intel Corporation - Common Stock | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 108 | Vanguard Calif Tax Free Intermediate Term Tax Exempt Fund | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 108.1 | Vanguard Calif Tax Free Intermediate Term Tax Exempt Fund | | | | | Purchased | 05/16/2019 | $15,001 - $50,000 |
| 109 | Global X Funds Global X Lithium & Battery | $1,000 or less | Dividend | None | Cash Market | | | |
| 109.1 | Global X Funds Global X Lithium & Battery | | | | | Purchased | 01/24/2019 | $15,001 - $50,000 |
| 109.2 | Global X Funds Global X Lithium & Battery | | | | | Sold | 08/27/2019 | $15,001 - $50,000 |
| 110 | Royal Dutch Shell PLC Sponsored ADR | None | None | $15,000 or less | Cash Market | | | |
| 110.1 | Royal Dutch Shell PLC Sponsored ADR | | | | | Purchased | 12/13/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 111 | Advisorshares TR Advisorshares Dorsey Wright Short ETF | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 111.1 | Advisorshares TR Advisorshares Dorsey Wright Short ETF | | | | | Purchased | 01/10/2019 | $15,001 - $50,000 |
| 111.2 | Advisorshares TR Advisorshares Dorsey Wright Short ETF | | | | | Purchased | 08/22/2019 | $15,000 or less |
| 111.3 | Advisorshares TR Advisorshares Dorsey Wright Short ETF | | | | | Purchased | 11/26/2019 | $15,001 - $50,000 |
| 111.4 | Advisorshares TR Advisorshares Dorsey Wright Short ETF | | | | | Sold | 12/31/2019 | $15,000 or less |
| 112 | Two Harbors Investment Corp Common Stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 112.1 | Two Harbors Investment Corp Common Stock | | | | | Purchased | 06/27/2019 | $15,001 - $50,000 |
| 112.2 | Two Harbors Investment Corp Common Stock | | | | | Purchased | 06/28/2019 | $15,000 or less |
| 112.3 | Two Harbors Investment Corp Common Stock | | | | | Purchased | 08/30/2019 | $15,001 - $50,000 |
| 112.4 | Two Harbors Investment Corp Common Stock | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 113 | Landmark Infrastructure Partners LP - Common Units | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 113.1 | Landmark Infrastructure Partners LP - Common Units | | | | | Purchased | 01/24/2019 | $15,001 - $50,000 |
| 113.2 | Landmark Infrastructure Partners LP - Common Units | | | | | Purchased | 12/27/2019 | $15,000 or less |
| 113.3 | Landmark Infrastructure Partners LP - Common Units | | | | | Sold | 08/27/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 113.4 | Landmark Infrastructure Partners LP - Common Units | | | | | Sold | 09/27/2019 | $15,000 or less |
| 113.5 | Landmark Infrastructure Partners LP - Common Units | | | | | Sold | 10/30/2019 | $15,000 or less |
| 114 | Ishares Trust Ultra Short Term Bond ETFF | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 114.1 | Ishares Trust Ultra Short Term Bond ETFF | | | | | Purchased | 05/24/2019 | $15,001 - $50,000 |
| 114.2 | Ishares Trust Ultra Short Term Bond ETFF | | | | | Purchased | 09/27/2019 | $15,000 or less |
| 114.3 | Ishares Trust Ultra Short Term Bond ETFF | | | | | Purchased | 10/30/2019 | $15,000 or less |
| 115 | Dominion Energy Inc Common Stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 115.1 | Dominion Energy Inc Common Stock | | | | | Purchased | 08/21/2019 | $15,001 - $50,000 |
| 116 | Walgreen Boots Alliance Inc Com | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 116.1 | Walgreen Boots Alliance Inc Com | | | | | Purchased | 07/02/2019 | $15,001 - $50,000 |
| 117 | iShares Aaa - A Rated Corporate Bond | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 117.1 | iShares Aaa - A Rated Corporate Bond | | | | | Purchased | 03/26/2019 | $15,001 - $50,000 |
| 117.2 | iShares Aaa - A Rated Corporate Bond | | | | | Purchased | 06/24/2019 | $15,000 or less |
| 118 | Pennymac Mortgage Investment Trust | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 118.1 | Pennymac Mortgage Investment Trust | | | | | Purchased | 06/24/2019 | $15,000 or less |
| 118.2 | Pennymac Mortgage Investment Trust | | | | | Purchased | 08/20/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 119 | Vanguard Specialized Funds Real Estate ETF | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 119.1 | Vanguard Specialized Funds Real Estate ETF | | | | | Purchased | 12/13/2019 | $15,000 or less |
| 120 | Targa Resources Corp | None | None | $15,000 or less | Cash Market | | | |
| 120.1 | Targa Resources Corp | | | | | Purchased | 12/13/2019 | $15,000 or less |
| 121 | Strips Tint Due 2/15/2021 Original Issue Discount | None | None | $15,001 - $50,000 | Cash Market | | | |
| 121.1 | Strips Tint Due 2/15/2021 Original Issue Discount | | | | | Purchased | 03/27/2019 | $15,001 - $50,000 |
| 122 | Strips Tint Due 8/15/2021 | None | None | $15,001 - $50,000 | Cash Market | | | |
| 122.1 | Strips Tint Due 8/15/2021 | | | | | Purchased | 11/25/2019 | $15,001 - $50,000 |
| 123 | American Centy Calif Tax-Free Calif Inter Term Tax Free CL I | $1,000 or less | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 123.1 | American Centy Calif Tax-Free Calif Inter Term Tax Free CL I | See Note | | | | Purchased | 07/24/2019 | $100,001 - $250,000 |
| 124 | Prudential Financial Inc | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 124.1 | Prudential Financial Inc | | | | | Purchased | 01/24/2019 | $15,000 or less |
| 124.2 | Prudential Financial Inc | | | | | Purchased | 06/28/2019 | $15,000 or less |
| 124.3 | Prudential Financial Inc | | | | | Purchased | 08/30/2019 | $15,000 or less |
| 125 | New Residential Investment Corp | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 125.1 | New Residential Investment Corp | | | | | Purchased | 07/02/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 125.2 | New Residential Investment Corp | | | | | Purchased | 08/30/2019 | $15,000 or less |
| 126 | United States Treasury Bill | None | None | $250,001 - $500,000 | Cash Market | | | |
| 126.1 | United States Treasury Bill | | | | | Purchased | 03/04/2019 | $100,001 - $250,000 |
| 126.2 | United States Treasury Bill | | | | | Purchased | 03/05/2019 | $50,001 - $100,000 |
| 126.3 | United States Treasury Bill | | | | | Purchased | 08/30/2019 | $15,001 - $50,000 |
| 127 | United States Treasury Bill | None | None | $100,001 - $250,000 | Cash Market | | | |
| 127.1 | United States Treasury Bill | | | | | Purchased | 06/05/2019 | $50,001 - $100,000 |
| 127.2 | United States Treasury Bill | | | | | Purchased | 06/06/2019 | $15,001 - $50,000 |
| 127.3 | United States Treasury Bill | | | | | Purchased | 08/30/2019 | $15,000 or less |
| 127.4 | United States Treasury Bill | | | | | Purchased | 10/21/2019 | $15,000 or less |
| 127.5 | United States Treasury Bill | | | | | Purchased | 12/13/2019 | $15,000 or less |
| 128 | United States Treasury Bill | None | None | $250,001 - $500,000 | Cash Market | | | |
| 128.1 | United States Treasury Bill | | | | | Purchased | 08/15/2019 | $15,001 - $50,000 |
| 128.2 | United States Treasury Bill | | | | | Purchased | 08/16/2019 | $50,001 - $100,000 |
| 128.3 | United States Treasury Bill | | | | | Purchased | 08/26/2019 | $15,001 - $50,000 |
| 128.4 | United States Treasury Bill | | | | | Purchased | 10/21/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 128.5 | United States Treasury Bill | | | | | Purchased | 11/13/2019 | $50,001 - $100,000 |
| 128.6 | United States Treasury Bill | | | | | Purchased | 12/13/2019 | $15,000 or less |
| 129 | United States Treasury Bill | None | None | $100,001 - $250,000 | Cash Market | | | |
| 129.1 | United States Treasury Bill | | | | | Purchased | 08/16/2019 | $50,001 - $100,000 |
| 129.2 | United States Treasury Bill | | | | | Purchased | 11/13/2019 | $15,001 - $50,000 |
| 129.3 | United States Treasury Bill | | | | | Purchased | 11/14/2019 | $15,001 - $50,000 |
| 129.4 | United States Treasury Bill | | | | | Purchased | 11/27/2019 | $15,000 or less |
| 129.5 | United States Treasury Bill | | | | | Purchased | 12/04/2019 | $15,001 - $50,000 |
| 129.6 | United States Treasury Bill | | | | | Purchased | 12/13/2019 | $15,000 or less |
| 130 | United States Treasury Sec Strips | None | None | $50,001 - $100,000 | Cash Market | | | |
| 130.1 | United States Treasury Sec Strips | | | | | Purchased | 06/05/2019 | $50,001 - $100,000 |
| 131 | United States Treasury Bill | None | None | None | Cash Market | | | |
| 131.1 | United States Treasury Bill | | | | | Purchased | 01/24/2019 | $50,001 - $100,000 |
| 131.2 | United States Treasury Bill | | | | | Sold | 11/07/2019 | $50,001 - $100,000 |

## Additional Information or Explanation

| PART | # | NOTE |
|------|-----|------|
| VII. | 93.1 | Asset #93 merged with asset #123 on 07/24/2019. |
| VII. | 123.1 | Asset #93 merged with asset #123 on 07/24/2019. |